CLOSED, FEEPRO

# U.S. District Court
## District of Maryland (Greenbelt)
## CIVIL DOCKET FOR CASE #: 8:05-cv-03370-AW
### Internal Use Only

Mills v. England
Assigned to: Judge Alexander Williams, Jr
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 12/16/2005
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

Nadine D. Mills         represented by   Nadine D. Mills
                                         12404 Kingsview Street
                                         Mitchellville, MD 20721
                                         301-249-2987
                                         PRO SE

V.

**Defendant**

Gordon England          represented by   Jennifer Ann Wright
*Secretary, Dept. of the Navy*           Office of the United States Attorney
                                         36 S Charles St Fourth Fl
                                         Baltimore, MD 21201
                                         14102094948
                                         Fax: 14109629947
                                         Email: jennifer.wright@usdoj.gov
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2005 | 1 | COMPLAINT against Gordon England ( Filing fee $ 250 receipt number 8463703752.), filed by Nadine D. Mills.(elt, Deputy Clerk) (Entered: 12/16/2005) |
| 12/16/2005 |  | Jury Trial Demand by Nadine D. Mills. (elt, Deputy Clerk) (Entered: 12/16/2005) |
| 12/16/2005 |  | ***Set/Clear Flags (elt, Deputy Clerk) (Entered: 12/16/2005) |
| 12/16/2005 |  | ***Staff notes: File sent to Pro Se Unit for review. (elt, Deputy Clerk) (Entered: 12/16/2005) |
| 12/30/2005 | 2 | ORDER directing Clerk to take all necessary steps to prepare and issue |

| | | |
|---|---|---|
| | | summons and service copies of the complaint to Plaintiff so that she may effect service of process on Defendant. Signed by Judge Alexander Williams Jr. on 12/30/2005. (c/m 12/30/05)(elt, Deputy Clerk) (Entered: 12/30/2005) |
| 12/30/2005 | 3 | Summons Issued 60 days as to Gordon England, U.S. Attorney and U.S. Attorney General (elt, Deputy Clerk) (Entered: 12/30/2005) |
| 03/06/2006 | 4 | MOTION to Dismiss *or to Transfer* by Gordon England. Responses due by 3/23/2006 (Attachments: # 1 Memorandum in Support of Motion to Dismiss or Transfer# 2 Exhibit 1# 3 Exhibit 2# 4 Certificate of Service) (Wright, Jennifer) (Entered: 03/06/2006) |
| 03/10/2006 | | ***Set/Clear Flags (elt, Deputy Clerk) (Entered: 03/10/2006) |
| 03/28/2006 | 5 | ORDER granting 4 Motion to Dismiss or to Transfer. That this case BE, and hereby IS, TRANSFERRED to the United States District Court for the District of Columbia. Signed by Judge Alexander Williams Jr. on 3/24/2006. (c/m 3/28/06) (elt, Deputy Clerk) (Entered: 03/28/2006) |
| 03/28/2006 | 6 | Correspondence re: Transfer letter with certified copies of Order and docket sheet. (elt, Deputy Clerk) (Entered: 03/28/2006) |

I hereby attest and certify on 03-28-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By: _____ Deputy