☐ AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NADINE DENISE MILLS

V.

Gordon England
Secretary of the Navy

**SUMMONS IN A CIVIL CASE**

CASE **AW 05 CV 3 370**

TO: (Name and address of Defendant)

1000 Navy
Pentagon, Wash DC 20350-1000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nadine Mills
12404 Kingview St
Mitchellville MD 20721

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                         12-30-05
CLERK                                                      DATE

_Edith Tate_
(By) DEPUTY CLERK