IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NADINE D. MILLS          *
    Plaintiff,
v.              *  CIVIL ACTION NO. AW-05-3370
                (ECF EXEMPT)
GORDON ENGLAND, SECRETARY   *
DEPT. OF THE NAVY
    Defendant.         *
               ***

**ORDER**

On December 16, 2005, Plaintiff filed this pro se employment discrimination action. Plaintiff paid the $250.00 civil filing fee and therefore bears responsibility for effecting service of process on Defendant.

Pursuant to Fed. R. Civ. P. 4, Plaintiff may effect service by presenting a summons to the Clerk for signature and seal and then serving a copy of the summons and complaint on Defendant.[1]

Service of the summons and complaint may be effected by any person who is not a party and who is at least 18 years of age.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), she must notify this court that she has served Defendant.[2] When effecting service through the mail under Fed. R. Civ. P. 4(i)(1) & (2), Plaintiff must file with the Court the United States Post Office acknowledgment as proof of service.

---

[1] Summons have been filed. The Clerk shall process the summons so that they may be issued to Plaintiff, along with service copies of the complaint. Plaintiff may then serve Defendant with summons and complaint.

[2] If there is no record in the court file that service was effected on Defendant, Plaintiff risks dismissal of her cause of action. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if Plaintiff has not effected service of process within 120 days of filing her complaint, the Court may enter an order asking her to show cause why the case should not be dismissed. If Plaintiff then fails to show cause within fourteen (14) days of the entry of the order or such other time as may be set by the Court, the case shall be dismissed without prejudice.

Accordingly, IT IS this **30th** day of **December**, 2005, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk shall TAKE ALL NECESSARY STEPS to prepare and issue summons and service copies of the complaint to Plaintiff so that she may effect service of process on Defendant; and

2. The Clerk MAIL Plaintiff a copy of this Order.

*Alexander Williams Jr.*
Alexander Williams Jr.
United States District Judge

2