UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NADINE MILLS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0581 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD WINTER, Secretary | ) | |
| United States Department of the Navy[1] | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S PROPOSED SCHEDULE FOR RESPONDING TO COMPLAINT

Defendant in the above-captioned case hereby respectfully proposes that he be permitted

to respond to Plaintiff's Complaint, recently transferred to this Court from the District of

Maryland, either by answer or dispositive motion on or before June 23, 2006.  Undersigned

attempted to consult Plaintiff regarding this motion, but Plaintiff's telephone provided a recorded

message indicating that it could not accept messages.  In support of this proposed schedule,

Defendant states as follows:

This case was recently transferred to this Court by the District of Maryland on

Defendant's motion regarding improper venue.  Undersigned counsel received the transfer file

last week.  The materials transferred to undersigned, however, did not include the relevant

---

[1]    Pursuant to Fed. R. Civ. P. 25(d)(1) "When a public officer is a party to an action in an official capacity and during its pendency . . . ceases to hold office, . . . the officer's successor is automatically substituted as a party."  Accordingly, Mr. Winter, as the current Secretary of the Navy, is hereby substituted for Mr. England.

administrative record.  Agency contact in this case is forwarding these materials to undersigned

and has requested that the appropriateness of a dispositive motion be reviewed.  Toward this end,

and in light of upcoming vacation schedules of both agency contact and undersigned, Defendant

respectfully submits that the requested time will ensure adequate opportunity to review the full

record in this case and evaluate the means of most appropriately responding to Plaintiff's

Complaint so as to most efficiently proceed with this action.

      WHEREFORE, Defendant respectfully requests that he be permitted to respond to

Plaintiff's Complaint on or before June 23, 2006.


                 Respectfully submitted,


_____

KENNETH L. WAINSTEIN, DC
Bar #451058
United States Attorney


_____

RUDOLPH CONTRERAS, DC
Bar #434122
Assistant United States Attorney


_____

KATHLEEN KONOPKA
Assistant United States Attorney
202/616-5309

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Proposed Schedule and

accompanying Proposed Order has been made by mailing copies thereof to:

NADINE D. MILLS
12404 Kingsview Street
Mitchellville, MD 20721

on this ____day of May, 2006

_____
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.; Room E4412
Washington, D.C.  20001
(202) 616-5309