UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADINE MILLS, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD WINTER, Secretary )<br>United States Department of the Navy[1] )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-0581 (PLF) |

ORDER

UPON CONSIDERATION of Defendant's Proposed Schedule for Responding to Complaint, the grounds stated therein, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiff's Complaint by June 23, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1) "When a public officer is a party to an action in an official capacity and during its pendency . . . ceases to hold office, . . . the officer's successor is automatically substituted as a party." Accordingly, Mr. Winter, as the current Secretary of the Navy, is hereby substituted for Mr. England.