UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADINE D. MILLS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00581 (PLF) |
| | ) |
| DONALD WINTER, | ) |
| Secretary of the Navy, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE FOR PLAINTIFF**

Please enter the appearances of Joseph D. Gebhardt, D.C. Bar No. 113894, Charles W. Day, Jr., D.C. Bar No. 459820, Valencia R. Rainey, D.C. Bar No. 435254, and Mark A. Dann, D.C. Bar No. 484523, as counsel for Plaintiff Nadine D. Mills in the above-captioned case.

                                                           Respectfully submitted,

                                                           /s/
                                                  JOSEPH D. GEBHARDT
                                                  (D.C. Bar No. 113894)
                                                  CHARLES W. DAY, JR.
                                                  (D.C. Bar No. 459820)
                                                  VALENCIA R. RAINEY
                                                  (D.C. Bar No. 435254)
                                                  MARK A. DANN
                                                  (D.C. Bar No. 484523)
                                                  GEBHARDT & ASSOCIATES, LLP
                                                  1101 17th Street, N.W., Suite 807
                                                  Washington, DC 20036-4716
                                                  (202) 496-0400

July 13, 2006                      Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance for Plaintiff was served this 13th day of July 2006, via electronic mail, upon counsel for Defendant as follows:

>Kathleen M. Konopka, Esq.
>Assistant United States Attorney
>Civil Division
>555 4th Street, N.W.
>Washington, DC 20530
>(202) 616-5309
>Email: kathleen.konopka3@usdoj.gov

>_____/s/_____
>JOSEPH D. GEBHARDT