UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADINE D. MILLS, )<br>                Plaintiff, )<br>                )<br>     v. )<br>                )<br>DONALD WINTER, Secretary )<br>U.S. Navy, )<br>                )<br>              Defendant. )<br>_____) | Civil Action No. 06-00581 (PLF) |

**JOINT RULE 16.3(c)/ RULE 26(f) REPORT**

      Pursuant to Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3(c), and this Court's June 23, 2006 Order, the parties submit the following report in accordance with the numbered paragraphs of Local Rule 16.3(c):

      1.     Plaintiff does not believe at this juncture that this case can be resolved by dispositive motion. Defendant submits that all or part of this case likely will be resolved by dispositive motion following discovery.

      2.     The parties do not believe at this time that other parties will be joined or that the factual or legal issues can be narrowed. Plaintiff plans to seek amendment of the Complaint within two weeks of the scheduling conference.

      3.     The parties do not consent to assignment of this case to a Magistrate Judge for purposes other than mediation.

      4.     The parties do not believe that there is a possibility of settling the case at this time.

      5.     The case may benefit from the Court's alternative dispute resolution process or some other form of ADR; however, any form of ADR should be held in abeyance pending discovery and this Court's decision on any dispositive motions.

      6.     The parties propose that the deadline for any dispositive motions should be 60 days after discovery closes. The parties further agree that (a) oppositions should be filed within

30 days after any dispositive motions are filed and (b) replies should be filed within 30 days after any oppositions are filed.

7. The parties agree that Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) will be made within 21 days after the filing of the Answer to the Amended Complaint.

8. The parties propose that fact discovery will be completed within 120 days of the exchange of Initial Disclosures.

9. The parties agree that any of proponent's expert witness reports will be served within 45 days after the filing of the Answer to the Amended Complaint, and that any respondent's expert witness reports will be served within 45 days thereafter. The parties further agree that (a) the number of depositions, including expert witnesses, should not exceed 10 per party, and (b) 30 days will be added to the end of the fact discovery period for any expert witness depositions.

10. Not applicable.

11. The parties agree that it is unnecessary to bifurcate or manage the trial in phases.

12. The parties propose that the Pretrial Conference be held 30 days after decision of dispositive motions.

13. The parties propose that the trial date be set at the Pretrial Conference.

14. None.

        Respectfully submitted,

| | |
|---|---|
| /s/<br>JOSEPH D. GEBHARDT<br>(D.C. Bar No. 113894)<br>CHARLES W. DAY, JR.<br>(D.C. Bar No. 459820)<br>VALENCIA R. RAINEY<br>(D.C. Bar No. 435254)<br>MARK A. DANN<br>(D.C. Bar No. 484523)<br>GEBHARDT & ASSOCIATES, LLP<br>1101 17TH Street, N.W.<br>Suite 807<br>Washington, D.C. 20036-4716<br>(202) 496-0400<br><br>Attorneys for Plaintiff | KENNETH L. WAINSTEIN<br>(D.C. Bar No. 451058)<br>United States Attorney<br><br><br>RUDOLPH CONTRERAS<br>(D.C. Bar No. 434122)<br>Assistant United States Attorney<br><br><br>KATHLEEN M. KONOPKA<br>(D.C. Bar No. 495257)<br>Assistant United States Attorney<br>555 Fourth Street, NW<br>Room E-4412<br>Washington, DC 20530<br>(202) 616-5309 |

Case 1:06-cv-00581-PLF    Document 9    Filed 07/14/2006    Page 4 of 5