UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADINE D. MILLS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD WINTER, Secretary )<br>U.S. Navy, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-00581 (PLF) |

**SCHEDULING ORDER**

UPON CONSIDERATION of the Parties' 16.3 Report and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Plaintiff shall file any amendment to her Complaint by August 4, 2006; and it is

FURTHER ORDERED that Initial Disclosures shall be exchanged within 21 days after the filing of an Answer to any Amended Complaint; and it is

FURTHER ORDERED that the parties shall complete discovery within 120 days after the exchange of Initial Disclosures: discovery shall be conducted in accordance with Federal and Local Rules, except that the parties may take up to 10 depositions each, inclusive of experts, and it is

FURTHER ORDERED that expert witness reports, if any, shall be propounded within 45 days after the filing of an Answer to any Amended Complaint, and respondents shall file expert reports 45 days thereafter; and it is

FURTHER ORDERED that any dispositive motions shall be filed no later than 60 days after the close of discovery, oppositions 30 days thereafter, and replies shall be filed within 30 days of the oppositions.

_____
UNITED STATES DISTRICT JUDGE