UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADINE D. MILLS<br><br>　　　　　　Plaintiff,<br>　　　v.<br><br>DONALD WINTER<br>Secretary of the Navy<br><br>　　　　　　Defendant. | Case No: 06-0581 (PLF) |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Nadine D. Mills and Defendant Donald Winter, Secretary of the Navy, respectfully and jointly request an enlargement of time up to and including February 22, 2007, within which to conduct and complete fact discovery in this matter. In support of this request, the Parties state as follows:

　　1. The July 21, 2006 scheduling order in this matter currently requires that the Parties complete fact discovery by January 22, 2007. Additionally, the Parties have until February 22, 2007 to complete depositions of each Party's retained experts, if any.

　　2. The Parties have both propounded discovery and are currently preparing their respective discovery responses. However, due to workload and other reasons and despite due diligence by both Parties, the Parties do not anticipate being able to complete fact discovery by January 22, 2007.

　　3. The Parties do not anticipate that this enlargement of time will in any affect any of the future, scheduled dates in this matter. Neither Party has identified any retained expert witnesses and as such, do not anticipate requiring additional time for such depositions of retained experts.

For the foregoing reasons, the Parties respectfully request that the Court grant their joint motion for an enlargement of time to February 22, 2007 for the completion of fact discovery in this case.

/s/
JOSEPH D. GEBHARDT
D.C. BAR # 113894
Attorney for Plaintiff

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADINE D. MILLS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-0581 (PLF) |
| ) | |
| DONALD WINTER ) | |
| Secretary of the Navy ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of the Joint Motion for Enlargement of Time, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the motion should be, and it hereby is, granted, and that the Parties shall have up to and including February 22, 2007, within which to complete fact discovery.

_____
UNITED STATES DISTRICT JUDGE