UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
NADINE D. MILLS,               )
                               )
       Plaintiff,              )
                               )
   v.                          )  Civil Action No. 06-00581 (PLF)
                               )
DONALD WINTER,                 )
Secretary of the Navy,         )
                               )
       Defendant.              )
                               )
```

## MOTION TO WITHDRAW AS COUNSEL

Joseph D. Gebhardt and attorneys with the firm of GEBHARDT & ASSOCIATES, LLP hereby move to withdraw as counsel for Plaintiff Nadine D. Mills pursuant to Local Rule 83.6(c), and in support of their Motion state as follows:

1. Joseph D. Gebhardt and the firm of GEBHARDT & ASSOCIATES, LLP currently represent the Plaintiff in the above-captioned case.

2. At this stage in the litigation, undersigned counsel's withdrawal will not prejudice the Plaintiff. Plaintiff will have time to find other counsel if she wishes to do so, as this Court has recently granted a Joint Motion for Enlargement of Time, which extended the fact discovery period until February 22, 2007. This extension will give Plaintiff enough time to complete her discovery responses and retain other counsel if she wishes to conduct depositions.

3. Plaintiff is not able to pay undersigned counsel for their work, and Plaintiff consents to counsel's withdrawal.

4. Counsel has spoken with Special Assistant United States Attorney Quan Luong, attorney for Defendant, who does not object to the relief requested in this Motion.

For the foregoing reasons, this Motion to Withdraw as Counsel should be granted; and Joseph D. Gebhardt and the attorneys from GEBHARDT & ASSOCIATES, LLP should be allowed to withdraw their appearance on behalf of said Plaintiff effective immediately. A proposed Order accompanies this Motion.

        Respectfully submitted,

/s/ *Joseph D. Gebhardt*
JOSEPH D. GEBHARDT
(D.C. Bar No. 113894)
CHARLES W. DAY, JR.
(D.C. Bar No. 459820)
VALENCIA R. RAINEY
(D.C. Bar No. 435254)
MARK A. DANN
(D.C. Bar No. 484523)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716
(202) 496-0400

January 24, 2007        Attorneys for Plaintiff

I concur with the withdrawal:

*Nadine D. Mills*
Nadine D. Mills

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw as Counsel was served this 24th day of January, 2007, via hand delivery to Plaintiff and via fascimile and first class mail, postage prepaid, upon counsel for the Defendant as follows:

>   Quan K. Luong, Esq.
>   Special Assistant U.S. Attorney
>   555 Fourth Street, N.W.
>   Room E-4417
>   Washington, DC 20530
>   Fax: (202) 514-8780

/s/
_____
JOSEPH D. GEBHARDT