UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADINE D. MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-00581 (PLF) |
| | ) |
| DONALD WINTER, | ) |
| Secretary of the Navy, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the Motion to Withdraw as Counsel filed by Joseph D. Gebhardt, and the full record, it is hereby this ____ day of January, 2007, **ORDERED:**

1. That the Motion is GRANTED; and

2. That Mr. Gebhardt and the other attorneys of GEBHARDT & ASSOCIATES, LLP are withdrawn as counsel for Plaintiff in this case.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Quan K. Luong, Esq.
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Room E-4417
Washington, DC 20530

Ms. Nadine D. Mills
5006 Woodford Lane
Upper Marlboro, MD 20772