UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NADINE D. MILLS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-0581 (PLF) |
| | ) | |
| DONALD WINTER | ) | |
| Secretary of the Navy | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Donald Winter, Secretary of the Navy, respectfully requests a brief enlargement of time up to and including April 2, 2007 within which to submit a dispositive motion. In support of this request, Defendant states as follows:

1. Pursuant to the scheduling order in this matter, the parties are required to file any dispositive motions by Mach 22, 2007, oppositions by April 23, 2007, and replies, if any, by May 21, 2007.

2. Defendant intends to file a dispositive motion. However, the undersigned counsel is currently preparing for a three day trial in the United States District Court scheduled to begin on Monday, March 26, 2007. The undersigned counsel must also submit an answer in another case before the District Court that is also due on March 22, 2007.

3. Pursuant to Local Rule 7(m), the undersigned counsel has conferred with the pro se Plaintiff regarding this motion and she has graciously consented to the motion for enlargement.

For the foregoing reasons, the Defendant respectfully requests that the Court grant its

motion for an enlargement of time to April 2, 2007 for the filing of any dispositive motions and a

corresponding extension/adjustment of the dates for oppositions and replies.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)