UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADINE D. MILLS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-0581 (PLF) |
| ) | |
| DONALD WINTER ) | |
| Secretary of the Navy ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the motion should be, and it hereby is, granted, and that the Parties shall have up to and including April 2, 2007 for the filing of any dispositive motions, May 3, 2007 for any oppositions, and May 31, 2007 for any replies.

_____
UNITED STATES DISTRICT JUDGE