COPY

1

```
 1                    UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - - -x

 5   NADINE MILLS,                   :

 6           Plaintiff,              :

 7      VS.                          :   Civil Action 06-00581 (PLF)

 8   DONALD C. WINTER,               :

 9   Secretary of The Navy           :

10   U.S. Department of the Navy,    :

11           Defendant.              :

12   - - - - - - - - - - - - - -x

13                                   Washington, D.C.

14                                   February 21, 2007

15

16

17   Deposition of:

18                    NADINE D. MILLS,

19   the Deponent, called for examination by counsel for

20   Defendant, pursuant to notice and agreement as to time and

21   place, at 501 3rd Street, N.W., Washington, D.C., before

22   Timothy J. Atkinson, a Notary Public in and for the District

23   of Columbia.

24

25
```

2

```
 1  APPEARANCES:
 2              On Behalf of the Defendant:
 3              QUAN LUONG, ESQUIRE
 4              Assistant United States Attorney
 5              501 3rd Street, N.W.
 6              Washington, D.C. 20530
 7              202-781-2480
 8
 9              On Behalf of the Agency:
10              DALE BIRDOFF, ESQUIRE
11              202-781-3030
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

8

1 |the way through.  But -- I can think of.

2      Q.    Sure.  Now, what I mean is, since responding to the

3 Interrogatories have you acquired any information that maybe

4 you think that the answers you previously provided were

5 incorrect or incomplete in any way?

6      A.    No.

7      Q.    Okay, okay, great, thank you.  You can set that

8 aside for now.  I want to talk to you about the, the issues in

9 this complaint that stemmed from the May, 2003, or the 2003

10 command-wide reorganization of your agency, NAVSEA and also

11 your particular office, SEA 102.  Now, around early to mid-

12 2003 your agency was undergoing command-wide reorganization.

13 Is that correct?

14      A.    Right.

15      Q.    Okay.  At the time of this command-wide

16 reorganization, Ms. Mills, what was your grade, series and

17 position title?

18      A.    I think at the time I was a GS-12, Step 7.  That was

19 before we changed over to the NSPS.  I think that's what was

20 the step.  I know that when we changed over the NSPS I would

21 have been eligible for Step 8, so I think it was a Step 7.

22      Q.    Okay.  And what was your Series as a GS-12?

23      A.    343, management analyst, program analyst type

24 series.

25      Q.    And at that time, again at the time of the 2003

1  command-wide reorganization, what was the name of the specific
2  organization that you worked in within NAVSEA?  Was it the
3  Facilities Management Division?
4       A.   It's Facilities now.  It's changed several times,
5  you know, over the years since I've come.
6       Q.   Do you remember what it was referred to at that
7  time, in 2003?
8       A.   Can't even remember right now --
9       Q.   Was it also --
10      A.   -- the exact name.
11      Q.   Oh, I'm sorry.  One thing I wanted to say is as
12  we're talking today, and I meant to say this earlier,
13  obviously wait for me to finish talking before you answer, and
14  I'll extend you the same courtesy.  Not that I have any
15  concerns about your politeness.  It's just easier for the
16  court reporter if we're not talking --
17      A.   Right.
18      Q.   -- over each other.  So at that time was it referred
19  to also as SEA 102?
20      A.   Yes, that's our code for the office.
21      Q.   Okay.  And C is S-E-A?
22      A.   S-E-A, yes.
23      Q.   Just for the court reporter.  And at that time who
24  was your first-line supervisor, Ms. Mills?
25      A.   Mary Lou Rakowsky.

1    Q.    Okay.  And who was your second-line supervisor at

2  that time?

3    A.    Mike Davis.

4    Q.    Can you tell me what your general duties and

5  responsibilities were as a GS-343-12 management analyst?

6  Again, this would be at the time of the 2003 command-wide

7  reorganization.

8    A.    At that time I can't remember whether I was

9  supervisor or not because they had brought in another code has

10  disestablished (sic) and they brought in Jerry Gregg over top

11  of me.  So at the time that we disestablish (sic) -- I mean,

12  that they put me on NPP, I don't think I was supervisor, I was

13  a coworker where the Facilities Division was divided up to two

14  branches, and one was the Special Projects, which was I under,

15  under Ms. Rakowsky.  And the other side was under, I think at

16  the time, Sam Height.  He ran the Facilities side.  He was

17  like the supervisor, I think, on that side.  I can't remember

18  exactly because when Jerry Gregg and Earl Bradford came, Jerry

19  Gregg was put over top of me, replaced me as supervisor, and

20  Earl Bradford replaced Sam Height on the other side, the

21  Facilities side, as supervisor.

22    Q.    Okay.  But you don't recall when Mr. Gregg replaced

23  you as supervisor, whether or not it was before --

24    A.    I probably have it in the Interrogatories but I

25  can't remember, it's been so long ago now.  I think he, he

12

1      Q.   Okay.  So at the time of the command-wide

2  reorganization you didn't have any supervisory duties.  Is

3  that correct?

4      A.   No.

5      Q.   That is correct?

6      A.   Well --

7      Q.   I'm sorry --

8      A.   -- I mean, yes.

9      Q.   Okay.  It's correct that you did not have any

10 supervisory duties?

11     A.   Right.

12     Q.   Okay.

13     A.   But -- I mean, you still asked to perform those

14 duties, you know, in the absence of the supervisor, Ms.

15 Rakowsky.

16     Q.   Now, what other general duties and responsibilities

17 did you have as a GS-343, Step 12 management analyst again at

18 the time of the command-wide reorganization in early to mid

19 2003?

20     A.   I was really basically still doing the same function

21 as property and inventory management, transportation

22 management of the Metro checks and still contract-type work,

23 as being a COTR, a contract representative.  Loading dock,

24 shipping and receiving.

25     Q.   Tell me a little bit about what type of work you

17

1       A.    Since I came in '99 we sort of changed it and -- for

2  DOD change to a different dollar value.  So we stopped doing

3  things as tables and chairs, so we concentrated more on

4  pilfable (sic) items, like --

5       Q.    I'm sorry, what kind of items?

6       A.    Pilferable (sic) which meaning this tape recorder

7  here, it's very small, somebody could easily take it out of

8  the building.

9       Q.    Right.

10       A.    Laptops, computers, printers, copiers, things like

11  that.

12       Q.    Okay.  So when you -- I guess when you first came to

13  NAVSEA on '99 you guys were inventorying --

14       A.    Everything.

15       Q.    -- everything?

16       A.    Yes.

17       Q.    Chairs --

18       A.    Yes.

19       Q.    -- desks, tables --

20       A.    Right.  They had a property system at that time

21  called the SAMS and we, we also deal with autocad drawings in

22  the facility, so a particular person would be responsible --

23  if this was your office, we would have an inventory list of

24  everything that's in your office that belonged to you.

25       Q.    Okay.

18

1    A.    And so if you left the command, you had to sign out

2 on the check sheet with us that you no longer had any property

3 assigned to you.

4    Q.    Okay.  Now, you indicated also that at some point

5 there was a change in what was required to be inventoried.  Do

6 you remember approximately when that change was?

7    A.    No, I really don't.  DOD started using a defense

8 property accounting system which we called DPAS, which they

9 changed the data -- it was a database system that we had to

10 input all the property into that database, which we still do

11 in my office now.  Jean Brown handles that.  But she -- we --

12 the dollar threshold changed for DOD.  They raised it, I

13 think, from like 2500 to 5,000.  So that meant a lot of

14 equipment we didn't have to inventory any longer.  And then

15 after a couple years ago they went over to NMCI, the Naval

16 Marine Corps Intranet.  They took over the responsibility of

17 our computers.  So that was less computers that we had to

18 account for also.  But some of the codes still purchased their

19 own computers and have their own, like, secure networks and

20 stuff set up.  So if -- with us running the loading dock in my

21 area, we see everything that comes in, that's shipped in.  So

22 if an office code purchases the new printer, it was up to that

23 office to let us know and we supposed to bar code it and keep

24 an inventory of it.

25    Q.    Okay.  This increase in the dollar threshold that

19

1   you mentioned, 2500 to $5,000, I'm sorry, when did that happen

2   if you know?

3       A.   I cannot remember.

4       Q.   Was that prior to command-wide reorganization that

5   we're talking about?

6       A.   I really can't remember.  Because I kind of stopped

7   doing that function and Jean Brown does it.  And when all of

8   this came up of my job being abolished, I was kind of given

9   other duties.  So I stopped doing the property and Jean Brown

10  still does the property in our office.

11      Q.   Okay.  Let me come back for a second to what was

12  going on at the time you found out about the command-wide

13  reorganization.  At some point prior to that the items that

14  had to be inventoried changed so that you no longer had to

15  inventory everything.  Is that correct?

16      A.   Right, yes.

17      Q.   And so focus was more on inventorying, I guess, high

18  dollar items like tape recorders, or things that are easily --

19      A.   Pilferable, yes.

20      Q.   How do you spell that?

21      A.   P-i-l-f --

22      Q.   Oh, pilferable, okay.

23      A.   Yeah, pilferable --

24      Q.   No, no, no, that's quite all right.

25      A.   But that's what we call it in DOD, and there are

20

1    certain items that we considerable pilferable.

2        Q.    So let me ask you, I guess, when this change in the

3    items that you have to inventory took place, what sort of

4    items did you no longer have to inventory?

5        A.    Also at that time our copier program, which Jim

6    Hiepler ran, they switched that over to OOI.

7        Q.    Okay.

8        A.    So that was one of the large things that we had to

9    do.  If we had a copier, say, in the command that was over

10    100,000, that's considered a Navy plant property.  We had

11    accounting documents that we had to account for for that.  So

12    that function went over to OOI, the inventory of all the lease

13    and owned copiers in NAVSEA which we had like over 300.

14        Q.    Do you remember when that occurred in relation to

15    the command-wide reorganization?

16        A.    Probably happened at that time, when they put me on

17    the NPP.  That's when NMCI was coming on board.  I think, I

18    think in my office we got our computers, like, December of

19    that year before I think.

20        Q.    Okay.

21        A.    I think I've had my NMCI computer like two years

22    now, or maybe three this past December.

23        Q.    Okay.  So -- I'm sorry, you eluded to that earlier

24    as well that at some point responsibility for inventorying the

25    computers was transferred out of your function.

1     A.   Right.

2     Q.   And do you remember when that was appropriately?

3     A.   Not really.

4     Q.   Was it before -- do you remember when it was in

5 relation to command-wide reorganization?  Was it shortly

6 before, a few months before, were they in the process of

7 transitioning --

8     A.   It was probably after.  NMCI started -- they started

9 installing the computers and they were working in phases, so

10 each office was getting theirs at different times.  They are

11 still installing them now.  I just know, I think, I've had

12 mine maybe about two years or maybe three in December.  I'm

13 not -- because that was another function that was added to my

14 job.  I'm the BIM, they call it, the business information

15 manager.  So when NMCI came on board, I had to coordinate our

16 code and the whole installation process and the install to the

17 computer, setting up the computers, what software the person

18 needed on their computer, things like that.

19     Q.   Okay.

20     A.   I think it was after.

21     Q.   Okay.  But I presume at the time of the

22 reorganization it was understood that the responsibility for

23 inventorying the computers would be transitioned over --

24     A.   Right.  Well, NMCI is supposed to own all the

25 government computers now, so we, we are not really supposed to

1  have any type responsibility for them.

2       Q.   Okay.  Just to kind of make sure I understand this

3  whole thing.  When you first came into NAVSEA in December,

4  '99, your responsibilities were involving inventory property

5  management, essentially dealt with inventory almost

6  everything?

7       A.   Right.

8       Q.   Chairs, tables, desks, coat rack, computers --

9       A.   Yes.

10      Q.   -- copiers, those things?

11      A.   Right.

12      Q.   And then over the course of, I guess, the next few

13  years a lot of those responsibilities were no longer -- you no

14  longer had those responsibilities because one, with regard to

15  the DPAS there was an increase in the dollar threshold of the

16  things that had to be inventoried.  So that reduced a lot of

17  the low dollar items that you guys previously inventoried.  Is

18  that correct?

19      A.   Right.

20      Q.   Okay.  And then also at some point, I guess prior to

21  the command-wide reorganization, responsibility for

22  inventorying the copiers was transferred to OOI?

23      A.   Right.

24      Q.   Okay.  And then also either around the same time or

25  shortly afterwards, responsibility for inventorying the

1   computers was transferred out as well?

2        A.    Right.

3        Q.    Okay.  And even if it happened, I guess, after the

4   command-wide reorganization, it was known and anticipated that

5   NMCI would be handling that?

6        A.    Right.

7        Q.    Okay, thank you.

8              MR. LUONG.    Can we go off the record for a moment?

9              (Off the record.)

10             (On the record at 10:54 a.m.)

11             COURT REPORTER.    Back on the record.

12             MR. LUONG.    It's 10:54.  We just took a very brief

13  break.

14             BY MR. LUONG:

15       Q.    Ms. Mills, we were talking about your duties and

16  responsibilities at the time you learned of the command-wide

17  reorganization.  I wanted to ask you, did you have any duties

18  and responsibilities that related to assisting with the

19  transition over to the NMCI --

20       A.    Yes.

21       Q.    Naval Marine Corps Internet -- Intranet?  And what

22  were those duties and responsibilities?

23       A.    I'm the business information manager, which they

24  call a BIM.  Each code had to have a person that was like the

25  representative to transition over to the computer systems.  So

1        A.    No.

2        Q.    Are you alleging that the 2003 command-wide

3    reorganization was undertaken to specifically target you in

4    any way?

5        A.    No.

6        Q.    Now, can you tell us how the command-wide

7    reorganization impacted your office specifically, SEA102, the

8    Facilities Management Division?

9        A.    Well, at the time we had 22 civilian employees and

10   we were told that we had to cut it by four.  So it means we

11   were only going to have 18 employees.  So four employees were

12   selected that their job -- jobs were cut, and I was one of

13   those four.

14       Q.    So you were required, pursuant to the command-wide

15   reorganization, SEA102 was required to cut a number of

16   civilian employees by four?

17       A.    Right.

18       Q.    And how do you know that, Ms. Mills?

19       A.    We were told, and like, all hands with Mike Davis,

20   he said basically, we had to boot four employees, and that's

21   why all the employees had to compete for their jobs.

22       Q.    Do you have any reason to believe that Mr. Davis is

23   being untruthful when he stated that SEA1 and 2 were required

24   to reduce the number of civilian positions by four?

25       A.    No.

1       Q.    Do you think that the decision was motivated by

2  discrimination or retaliation in any way?

3       A.    I think so.

4       Q.    Why do you think that?

5       A.    It was the process and the way of the position --

6  the way the whole process was handled in competing for the

7  jobs and, and the way it was done.

8       Q.    Let me -- I guess, let me ask -- let me just make

9  sure we're on the same page.  What I'm asking is, with regards

10 to the need to eliminate four positions, I'm not saying anyone

11 in particular, but just the need to eliminate four

12 positions --

13      A.    Uh-hum.

14      Q.    -- do you -- is it your position that that was

15 motivated by discrimination or retaliation?

16      A.    Say that again.

17      Q.    Sure, sure.  And again, if you don't understand,

18 please ask me to rephrase the question, repeat the question.

19 When Mike Davis told SEA102 that pursuant to this

20 reorganization SEA102 was required to reduce the number of

21 civilian positions by four, are you alleging that that

22 decision to reduce the number of civilian positions by four

23 was motivated by discrimination or retaliation?

24      A.    No.

25      Q.    You don't dispute that he was probably given the

30

1    directive by higher-ups to reduce his staff?

2        A.    I don't dispute it.  Oh, no.

3        Q.    Okay.  Do you know how management in SEA102 came up

4    with the proposed staffing plan, proposed new staffing plan

5    for fiscal year 2004?

6        A.    No, I really don't.  We were just told by your grade

7    you had to compete for your position.

8        Q.    You don't have any insight or knowledge as to, I

9    guess, what went into their decision-making as far as what

10   positions they were going to keep, or positions they were

11   going to abolish?

12       A.    No, I think they just told us by numbers of the

13   grade.  For example, I think we had about five GS-11s and they

14   were only going to keep four of those five.

15       Q.    Now, pursuant to this proposed staffing plan, I

16   think you mentioned four positions had to be eliminated.  Is

17   that correct?

18       A.    Uh-hum.

19       Q.    Okay.  And your position was one of those positions?

20       A.    Right.

21       Q.    Okay.  And there were three other positions that

22   were eliminated as well?

23       A.    Right.

24       Q.    And do you know who occupied the positions that were

25   eliminated?

1  your claim of discrimination when your position was

2  eliminated, are you alleging race and age discrimination?

3       A.   No.

4       Q.   Okay.  Are you alleging gender discrimination?

5       A.   No.

6       Q.   So you're only alleging reprisal with regards to

7  that claim?

8       A.   Right.

9       Q.   Okay, thank you.  Now, with regards to Ms.

10  Rakowsky's answer, she explains why it is that your position

11  was eliminated.  Did you read that?

12       A.   Right.

13       Q.   Okay.  Is there anything about her statement that

14  you feel is untruthful?

15       A.   About the DPAS in NMCI, that's what I answered to

16  earlier, this is the same thing.  The budget part, which she

17  mentions at the bottom, about Stephany Wood, and they

18  transferred her, I think, to a budget part, but Tawana Tobias

19  really inherited her job, so it was like some of the duties

20  still -- the functions still are being performed in our

21  office.  It was just her, her series that, that the -- her

22  series of being a budget analyst they transferred over.  But

23  the, the work is still there.

24       Q.   You're referring to Ms. Wood?

25       A.   Yes.

1      Q.   Okay.  I guess, let me, let me just make sure we're

2  on the same page here.  With regards to her explanation, Ms.

3  Rakowsky's explanation, as to why she and Mr. Davis determined

4  that your position could be eliminated --

5      A.   Right.

6      Q.   -- do you feel that she's stating anything

7  untruthful?

8      A.   No.

9      Q.   Okay.  And I just want to make sure I clarify this.

10  The -- when you mentioned the DPAS and the NMCI, you're not

11  disagreeing with Ms. Rakowsky --

12      A.   No, that actually happened.

13      Q.   Right.  So you acknowledge that the DPAS -- let me

14  take a step back.  Do you agree with Ms. Rakowsky that the

15  major duties of your position were the Defense Property and

16  Accounting System and the Navy Marine Corps Intranet System?

17      A.   Say that again.

18      Q.   I'm sorry, sure.

19      A.   That was a part of my --

20      Q.   That those were two of your major duties?

21      A.   I wouldn't call them major.  I mean, I just had so

22  many different duties, it's just part of, just part of my job.

23      Q.   Okay.

24      A.   Uh-hum.

25      Q.   But you, you also agree with Ms. Rakowsky that prior

1   to moving to the Washington Navy -- from the Washington -- I'm

2   sorry, to the Washington Navy Yard from Crystal City in 2001,

3   you guys were going to be tracking all inventory and

4   equipment, but that as a result of a change in the DPAS

5   requirements you only had to track certain, I guess, high

6   dollar items?  Is that correct?

7        A.   Yeah.

8        Q.   Okay.  And, and so you also agree with the statement

9   that when that change required that you guys only track items

10  that exceed a certain dollar value, that that eliminated about

11  50% of the function of the position?

12       A.   I guess you could say that.

13       Q.   Okay.  And you also agree with her that with regard

14  to your NMCI duties, that, that -- those duties were going to

15  be diminished once you transitioned over to NMCI?

16       A.   Right.

17       Q.   Okay.  And you also agree with her that, that the

18  responsibility for the computer needs and the computer

19  inventory was being transitioned over to another organization

20  as well?

21       A.   Right.

22       Q.   Okay.  And so with regards to Ms. Rakowsky's

23  testimony here in Defendant's Exhibit 2, with regards to her

24  explanation as to why she and Mr. Davis determined to abolish

25  your position, you don't, you don't disagree with any of the

42

1    factual assertions that she set forth here.  Is that correct?

2        A.    No.

3              MR. LUONG.   Okay.  Go off the record for a moment.

4              (Off the record.)

5              (On the record.)

6              COURT REPORTER.   We're back on.

7              BY MR. LUONG:

8        Q.    Ms. Mills, with regards to -- and you mentioned his

9    earlier, having to compete for the positions in the

10   reorganization.  Can you tell me, I guess, the process that

11   you went through in terms of competing for those positions?

12       A.    They sent out a job announcement that we had to

13   apply for, and they put out a job announcement for each one of

14   the positions, and everyone had to apply for the positions.

15       Q.    And how did you go about applying for the position?

16       A.    They, they have an on-line database called STAIRS

17   that we keep our resume in.

18       Q.    Is that S-T-A-I-R-S?

19       A.    Yes.

20       Q.    All capital letters?

21       A.    Right.

22       Q.    Okay.  Okay.  So did you have to update your

23   information or enter your information into STAIRS to apply for

24   these positions?

25       A.    Yes, uh-hum.

43

1    Q.    Okay.  And I guess, how did you apply for a specific
2    position?  Did you indicate the position you were interested
3    in or --

4    A.    They have an open job announcement that stays on-
5    line all the time that they kind of keep resumes in, those
6    particular jobs.  And then they had one job announcement that
7    came out.  It was kind of confusing because it, it stated as
8    a, I think a facilities manager and not a management analyst,
9    but it's a 301 series, and a 301 series is a catchall series
10   of the management analyst.  Facilities specialists are really
11   another series according to OPM.  And it was kind of confusing
12   when, when they put the job announcement out.  But --

13   Q.    Let me -- I'm sorry, let me just stop you there for
14   a second.  What do you mean by "job announcement"?

15   A.    It's a piece of paper that tells you -- it's a
16   listing of the job, where the job is, what office it's in, the
17   title of the job and what grade level can apply for the job.

18   Q.    And where was this, where was this announcement
19   posted?

20   A.    Well, I guess the NAVSEA headquarters is probably on
21   the intranet and the whole Navy web-site, I guess.

22   Q.    Is that where you found the announcements for the
23   positions in C-102?

24   A.    I don't remember if I found it there or they gave it
25   to us in the office.  I don't remember.  I just remember

47

1  description of facilities functions, of what that person would

2  be doing.

3      Q.   I guess what I'm trying to understand, Ms. Mills, is

4  with regards to this reorganization --

5      A.   Uh-hum.

6      Q.   -- and applying for positions within the new

7  reorganization, why did you believe that you were eligible or

8  qualified to be selected for a 13 positions within the

9  reorganization?

10     A.   I was eligible for a 13.  I had some facilities

11  experience.  I worked in that office with facilities and I had

12  previous experience with facilities before I came to work at

13  NAVSEA headquarters.

14     Q.   Have you ever had a 13 position?

15     A.   No.

16     Q.   So you've never applied for, been selected for, and

17  served in a 13 position?

18     A.   No, I've applied for but I've never been selected

19  for them.

20     Q.   Okay.  I guess what I'm trying to understand is, in

21  looking at when the HR people were looking at who was going to

22  be eligible for, and interviewed for, and selected for a

23  certain position --

24     A.   Uh-hum.

25     Q.   -- how do you know what criteria they were looking

50

1  '99, and before that time I worked in Laurel in a field

2  activity under NAVSEA.  So I was there for some years and we

3  handled the facilities for our command.  We had a small

4  command.  We were located in a contractor facility.

5      Q.    With regards to your interest in this GS-12

6  facilities management position, I believe you've indicated at

7  times that you're either not qualified or minimally qualified

8  for that position.  Do you agree with that statement?

9      A.    I was qualified but I was not highly qualified, like

10  they do in Personnel when they used to rate applications.

11  They might put a -- they, they might have two certs, one that

12  says qualified and one says highly qualified.  I probably

13  would come under qualified, but Ms. Page would come under

14  highly qualified.

15     Q.    So you believe that Ms. Page was more qualified for

16  this position than you were?

17     A.    Yes.

18     Q.    Is it your contention, Ms. Mills, that management

19  specifically tailored this GS-12 position for Ms. Page?

20     A.    Yes.

21     Q.    Okay.  And what's the factual basis for your belief?

22     A.    Well, I was given a position description, I think,

23  by Earl Bradford, and the job description was basically her

24  position.  It didn't have anything to do with my position.

25  Like I said, we worked in two sections of the office but -- so

51

1   it was geared more towards her position and not anything

2   written of the duties of my present position at the time.

3       Q.    Okay.  I guess what I'm trying to get at, do you, do

4   you believe that management in creating this position was

5   deliberately trying to create a position with Ms. Page in

6   mind?

7       A.    Yes.

8       Q.    And again, what is the basis for that belief, other

9   than the fact that the position was more consistent with her

10  experience?

11      A.    Well, it's just that I believed the way the position

12  was written, written, and she had come back to our command

13  after being gone for a few years and I was new.  So you know,

14  I figured that they wanted her for the position anyway.

15      Q.    Did anyone tell you that this GS-12 position was --

16  that Ms. Taylor (sic) was essentially preselected for this

17  GS-12 position?

18      A.    No.  No one told me that.

19      Q.    Have you seen any documents or heard any statements

20  that support that position?

21      A.    No.

22      Q.    Is it your contention, Ms. Mills, that within the

23  new C-102 organization there was no need for this type of

24  facilities work?

25      A.    No, I mean, I couldn't see it as no need because

52

1  that's what we do today, still do.

2       Q.   So you don't dispute that management in coming up

3  with -- or that management had a need for the type of

4  facilities work that was envisioned by the GS-12 position --

5       A.   Say that again.

6       Q.   Okay, I'm sorry.  You don't dispute management's

7  need --

8       A.   No.

9       Q.   -- for a facilities management coordinator?

10      A.   No.

11      Q.   Okay.  Do you think Ms. Page was favored in some way

12  by your organization?

13      A.   Yes.

14      Q.   And why do you think that?

15      A.   She has been there for over 20 years or so.  When I

16  came in '99 I was replacing her and she was put in the

17  position as a detail of the property and inventory position.

18  My understanding, they took her out of facilities and put her

19  in property for about seven months before I came.  She never

20  could get a GS-13, so she left the agency and she went to work

21  at another agency for about two years.  And when she returned

22  to NAVSEA, she returned as a GS-12, even though she held the

23  position as a 13 outside the command.

24      Q.   Okay.

25      A.   So she was rehired back so it seemed like they

53

1  really, you know, liked her work she did.

2      Q.   I guess what I'm trying to understand is, do you

3  believe that management -- well, just to make sure we're in

4  agreement.  So you don't dispute that there was a need for a

5  facilities management coordinator?

6      A.   No, we had more than one, yeah.

7      Q.   And you don't dispute that Ms. Page had more

8  experience than you with regards to this position?

9      A.   No.

10      Q.   And I guess with regards to the position, you

11  believe that the position description, and the duties and the

12  need reflected was more consistent with the type of experience

13  and expertise that Ms. Page had?  Is that correct?

14      A.   She had more experience than I did, but --

15      Q.   I guess what I'm, what I'm trying to get at, Ms.

16  Mills, do you believe that management in, in writing out this

17  GS-12 facilities manager -- management coordinator position

18  was motivated by some sort of discrimination?

19      A.   I would think as far as the preselection, yes.

20      Q.   And why -- what's the basis for your belief?  Why do

21  you think that?

22      A.   I can't really explain it, but it, it was just the

23  process and the way they did it.  It wasn't that the position

24  so much, it was -- I wasn't given the opportunity to apply.  I

25  mean, I applied but was not selected.  It was the process in

1    to me you're going to have a 13 run each, each of the two

2    branches but that's not what happened.

3        Q.    Okay.  I'm sorry, so what happened after the

4    reorganization?

5        A.    The, the, the GS-13s that, that were on the, the --

6    Mr. Sam Height, Lynn Page and I think Earl Bradford --

7        Q.    Right.

8        A.    -- well, I think Earl Bradford and Sam were on there

9    first.  I think they were going to be the two that were chosen

10   that had to compete for the job, that they said they were only

11   going to keep two positions, until Ms. Page showed up on the

12   cert for holding a GS-13.  So then they decided to eliminate

13   the GS-12 position.  But the two branches and facilities never

14   were run and still not to this day by three GS-13s.  Well,

15   one, Mr. Sam Height retired last year.

16       Q.    Okay.

17       A.    So to me that's not true because I still was the GS-

18   12, even on the NPP of really managing the other side, the

19   other, the other branch, under the special projects part under

20   Ms. Rakowsky.

21       Q.    Okay.

22       A.    So all the three 13s were on the facilities side,

23   that side of the branch, but not on the other side of the

24   branch.

25       Q.    So is that inconsistent with what Ms. Rakowsky is

65

1  evidence or knowledge that management was required to do both

2  competitive and noncompetitive certificates for this

3  reorganization?

4      A.   No, I have no knowledge that -- as far as I know,

5  that's supposed to be the Personnel process that you would

6  have a certificate -- two certificates, a noncompetitive and a

7  competitive certificate.

8      Q.   Okay.  Do you have a Personnel background at all,

9  Ms. Mills?

10     A.   When -- before I came to headquarters I was the

11 admin officer and liaison for Personnel for my command.

12     Q.   Okay.  But again, with regards to, I guess, I'm

13 sorry -- I know you've, you've -- based on your -- you feel

14 that based on your experience that's how it should be done.

15 But I guess what I'm wondering, with regards to this specific

16 reorganization process, do you have any evidence that

17 management was required to do both competitive and

18 noncompetitive certificates?

19     A.   No, I can't say they're required.  But to me, if you

20 don't do it, it looks like a preselection.

21     Q.   Okay.  And with regards to Ms. Page being on the

22 certificate for the 13 position, I think you indicated earlier

23 that Ms. Page has in fact served as a 13 in another agency?

24     A.   Yes.

25     Q.   Okay.  And so you're not disputing that Ms. Page was

66

1    correctly on the noncompetitive certificate for the 13

2    position?

3         A.    Correct, I'm not disputing that, no.

4         Q.    Okay.  To the extent that Human Resources -- I

5    guess, to the extent that Human Resources did not deem you

6    eligible for a -- I'm sorry, let me take a step back.  To the

7    extent that Human Resources only issued noncompetitive

8    certificates, are you alleging that Human Resources

9    discriminated against you in some way?

10        A.    No.

11        Q.    Okay.  Are you alleging that someone tried to

12   influence Human Resources to discriminate against you in some

13   way?

14        A.    No.

15        Q.    Okay.  So if Human Resources made the decision that

16   only noncompetitive certificates are appropriate with regards

17   to this reorganization, you're not alleging discrimination.

18   Is that correct?

19        A.    No, I'm sure they probably went by what management

20   requested from them.

21        Q.    Okay.

22              COURT REPORTER.    Excuse me --

23              MR. LUONG.    Sure.

24              (Off the record.)

25              (On the record.)

1          BY MR. LUONG:

2          Q.   Just to follow up on that point, Ms. Mills.  Are you

3     alleging that someone in management specifically requested

4     that only noncompetitive certificates be issued?

5          A.   I can't see any other reason.  I can't really say.

6     I'm just saying that they probably only asked for those

7     certificates, the noncompetitive certificates.  Maybe they

8     didn't request a competitive certificate.  And in one of the

9     EEO reports from Mike Davis, he mentioned that I was not

10    eligible, but I was eligible.  Maybe he assumed that I was not

11    eligible for a 13.

12         Q.   And again, I mean, you only -- it's your belief that

13    you were eligible for a competitive --

14         A.   Right.

15         Q.   -- but you acknowledge that you weren't eligible for

16    noncompetitive?

17         A.   No, I never held a 13.

18         Q.   Okay.  And I guess, let me ask this question -- are

19    you alleging that Michael Davis, or Mary Rakowsky specifically

20    requested only noncompetitive certificates?

21         A.   Yes.

22         Q.   And what's the basis for that assertion?

23         A.   They don't have any record.  I asked for the record

24    of a competitive certificate and there was no record.

25         Q.   I guess what I'm getting at is do you believe that

1  there is no record for a competitive certificate because Mike

2  Davis and/or Mary Rakowsky specifically only requested

3  noncompetitive certificates?

4      A.   Yes.

5      Q.   And what's, what's the basis for that belief?

6      A.   If, if -- since we don't have the document, that's

7  the only thing I can think of is they never requested it.

8      Q.   What about the possibility that HR --

9      A.   I mean, I could say that's a possibility.

10     Q.   Okay.  Is it fair to say that you don't have any

11  factual basis, but you just -- it's your opinion?

12     A.   Yes.

13     Q.   Okay.  Do you have any evidence or reason to believe

14  that Human Resources issued competitive certificates?

15     A.   I have no idea.

16     Q.   Do you know if competitive certificates were issued

17  command-wide?

18     A.   I have no idea.  I'd have to ask my admin office.

19  Well, somebody at NAVSEA headquarters.  I've, I've put in for

20  several jobs at NAVSEA headquarters and half the time I don't

21  hear anything, so I have no idea how their process really

22  works as far as their personnel, and now that they changed out

23  to Silverdale.

24     Q    Do you have any reason to believe that the -- I

25  guess the processing of vacancies within C-102 were handled

69

1   any differently than they were handled command-wide?

2        A.    I can't really say because I've never -- like I say,

3   even being a supervisor, I never got the opportunity to really

4   put out a recruitment action through NAVSEA headquarters since

5   I've been there, unlike where I came from before, I never --

6   I've never gotten certificates from them.  So I can't say

7   whether the office in Silverdale, Washington, whether they

8   will send you both if you advertise for a job or not, I have

9   no idea.

10       Q.    I guess what I'm trying to get is, is -- has anyone

11  told you, have you seen any documents, do you have any

12  evidence that would lead you to believe that the processing of

13  the Agency's -- for the reorganization of C-102, was handled

14  any differently command-wide?

15       A.    I don't know.

16       Q.    Okay.  You propounded a FOIA request for information

17  related to the GS-12 and GS-13 positions pursuant to the

18  reorganization of C-102.  Is that correct?

19       A.    Right.

20       Q.    Did you receive any documents?

21       A.    Yes.

22       Q.    And what did you receive?

23       A.    I had a copy of the two non-certificates.  Well,

24  they just sent a letter back saying they could not find any

25  documents, I think that's basically what it said, because I

1   think I had supplied them with the non-certificate -- the

2   noncompetitive certificates and I was looking for the

3   competitive certificates.

4       Q.   Okay.

5       A.   But I think that they could not find the file at

6   all.

7       Q.   Okay.  But you haven't received any -- you didn't

8   receive any certificates, I guess competitive certificates,

9   pursuant to the FOIA request?

10      A.   No.

11      Q.   Okay.  Coming back to the creation of that third GS-

12   13 position --

13      A.   Uh-hum.

14      Q.   -- Ms. Mills, are you aware that Mr. Davis had to

15   seek permission from Mr. Pete Brown for permission to create

16   an additional GS-13 position?

17      A.   Right.  I think I read that in his report that he

18   had to ask for a waiver from Bonnie Flynn, and she said based

19   on Sam Height is getting ready to retire that they wouldn't

20   let him to go on and hire for that position with the

21   understanding it would go away, that -- will go away or

22   something after he retired.  I think I read something in there

23   to that effect.

24      Q.   Okay.  But, but I guess you're aware of the fact

25   that Mr. Davis received permission from Mr. Brown to create an

1  additional GS-13 position?

2      A.   Right.

3      Q.   Okay.  And do you have any evidence to support the

4  position that that is false or untruthful in any way?

5      A.   No.

6           MR. LUONG.   Okay.  We can go off the record for a

7  moment.

8           (Off the record.)

9           (On the record.)

10          COURT REPORTER.   We're back on.

11          BY MR. LUONG:

12     Q.   With regards to your non-selection claim for the, I

13  guess, GS-13, Ms. Mills, are you alleging age discrimination

14  with regards to that claim?

15     A.   I did.  I thought about that because at the time,

16  like I said, there is a difference between our ages, because

17  Mike Davis had called me in one day and asked me was I going

18  to take the early out?  And I said, you know, no, because I

19  still had, you know, two, three more years before I had the

20  age to go.  And then the next day he called me in and said,

21  well, I wasn't selected for the position, that the position

22  was going to Ms. Page.  So you know, I felt at first, you

23  know, it could have been an age thing, but --

24     Q.   You're not alleging it anymore?

25     A.   No.  I mean, I know she was qualified and she had

72

1    the experience and she had been there a lot longer than   I

2    have, but you know, I was really upset about the way he did

3    it.

4        Q.    Are you alleging sex discrimination, gender

5    discrimination?

6        A.    No.

7        Q.    Are you alleging race discrimination?

8        A.    Just retaliation to me.

9        Q.    So with regards to the, I guess the two claims in

10   this complaint, the abolishment of your position and your non-

11   selection, the GS-12 position, you are not alleging race,

12   gender or age discrimination.   Is that correct?

13       A.    Right, it's just retaliation, uh-hum.

14       Q.    So to the extent that you alleged race or gender

15   discrimination in your complaint to the District Court, I

16   presume that you are no longer alleging those basis?

17       A.    Right.

18       Q.    What happened after you found out that you weren't

19   going to be placed in the new organization?

20       A.    I was given a letter and reassigned to Gary Hughes.

21   I had the letter saying I was reassigned to Gary Hughes become

22   my supervisor, but I was still, like, on detail sitting in the

23   same office and still reporting to Ms. Rakowsky.   So I never

24   moved and I was put on a list with, like I said, looked liked

25   234 of us that were put on the NPP list.

73

1    Q.   So you reported essentially to the same supervisor

2 after placement into the NPP that you reported prior to your

3 placement into NPP, Mary Rakowsky?

4    A.   Right.

5    Q.   And you were at the same duty station?

6    A.   Right.

7    Q.   Okay.  Was there any change in your grade or pay

8 when you were placed into the NPP?

9    A.   No.

10    Q.   With regards to your grade, Ms. Mills, I guess prior

11 to the command-wide reorganization you were at your full GS-12

12 performance level.  Is that correct?

13    A.   Right.

14    Q.   Okay.  And after your placement into the NPP you

15 were still at the full GS-12 performance level?

16    A.   Yes.

17    Q.   What were you doing during the time you were in NPP?

18 What were your duties and responsibilities?

19    A.   The same duties that, you know, nothing really

20 changed.  Just the regular routine of working the loading

21 dock, shipping and receiving, property disposal, managing the

22 labor support help, doing budget accounting, contracts.

23    Q.   So the duties that you were performing prior to the

24 command-wide reorganization were the same duties that you were

25 performing after your placement into the NPP?

74

1        A.    Yes.

2        Q.    Now, how long were you in the NPP?

3        A.    For a year.

4        Q.    For one year?

5        A.    Uh-hum.

6        Q.    And were you -- I guess what happened after that?

7    Were you placed into a permanent position?

8        A.    I was just reassigned back to my same position in

9    the same office with the same supervisor.

10        Q.    Okay.  So again, you were still under Mary Rakowsky?

11        A.    Right.

12        Q.    And you were still at the same duty station?

13        A.    Right.

14        Q.    And you were still at the same grade and pay?

15        A.    Yes.

16        Q.    And were you still performing the same duties and

17    responsibilities?

18        A.    Yes.

19        Q.    Okay.  Do you allege that you were harmed in some

20    way by being placed into the NPP, Ms. Mills?

21        A.    Well, for awhile I felt like I was just giving

22    little minimal duties, like working on the loading dock,

23    helping Mike Moore with packages and, and sometimes I felt I

24    was just given little things to do to keep me busy, like

25    running errands for Ms. Rakowsky and things like that.  Or any

1   on this 2003 command-wide reorganization --

2       A.    Uh-hum.

3       Q.    -- is it a fact that you are not alleging race

4   discrimination?

5       A.    I'm not, but it's -- based on this case.  The first

6   case that I had that I was -- because there were several other

7   females in the position before me that were never promoted,

8   and I found out I was the third African-American female.  And

9   all of us were GS-12s.  Well, the other -- now that I've

10  worked with in this second complaint they weren't 12s.  I was

11  the only 12.  But I think it's just a lot to it that they had

12  to go over to Mr. Davis and over him to ask about why they

13  weren't being promoted.

14      Q.    Have you ever heard Ms. Rakowsky say any statements

15  about the EEO process, EEO rights or your prior EEO activity

16  that you felt demonstrated some sort of animus towards you

17  because of your prior EEO activity?

18      A.    No, we never discussed that.

19      Q.    Have you ever heard her make any statements in

20  general putting down the EEO process or EEO rights, anything

21  along those lines?

22      A.    No.

23      Q.    What about Mr. Davis?  Have you ever heard him make

24  any statements that you felt reflected animus towards the EEO

25  process, your EEO activity?

1      A.   No.

2      Q.   After you filed your first complaint, Ms. Mills,

3   after you filed your first complaint, did you receive any

4   awards, performance awards --

5      A.   Yes.

6      Q.   -- anything like that?  Do you recall when that was?

7      A.   No.  I know Ms. Rakowsky mentioned in hers, and I

8   think in one of the documents it mentioned several awards that

9   I had gotten.

10     Q.   And who is the issuing official?  Was it Ms.

11  Rakowsky?

12     A.   Yes.

13     Q.   And was that between when you filed your first

14  complaint and your second complaint?

15     A.   I think so.  I don't remember the exact date.

16     Q.   So during -- but you do recall receiving, I guess,

17  some awards from Ms. Rakowsky during the time between when you

18  filed your first and second EEO complaint?

19     A.   I think so.  I don't remember the exact dates.  It

20  was about two years ago, I think, I'd gotten one.

21     Q.   Okay.  During the time that you were NPP, I guess

22  some time after June of 2003, have you received any awards?

23     A.   We're in 2007 now.  I think I got one two, two years

24  ago probably.  I guess it was 2004 or 2005.

25     Q.   Okay.  During the time that -- I guess -- when you