UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nadine D. Mills           )
                          )
    Plaintiff,            )
                          )
v.                        )
                          )  Civil Action 06-0581 (PLF)
DONALD WINTER,            )
Secretary of the Navy,    )
                          )
    Defendant             )

## DECLARATION OF PATRICIA M. DYSON

I, Patricia M. Dyson, hereby declare:

1. I am employed as an EEO Specialist, YA-0260-02, by the Naval Sea Systems Command (NAVSEA), within the Department of the Navy, at the Washington Navy Yard, D.C. I am presently serving as the EEO Complaints Manager.

2. In my capacity as the EEO Complaints Manager, I have responsibility for managing all informal and formal complaints of discrimination filed with NAVSEA. In addition, I am responsible for maintaining all records associated with these complaints.

3. I have reviewed the records of EEO complaints, both formal and informal, maintained in NAVSEA's EEO office, and there is no record that Joseph Anderson, Stephanie Wood, or Michael Moore have ever filed either informal or formal complaints of discrimination.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

13 March 2007
Date

Patricia M. Dyson
Patricia M. Dyson