

# DEPARTMENT OF DEFENSE
## CIVILIAN PERSONNEL MANAGEMENT SERVICE
## OFFICE OF COMPLAINT INVESTIGATIONS

FACT-FINDING CONFERENCE

In the Complaint of

MS. NADINE MILLS

AGENCY DOCKET NUMBER:

0300024003

Convened at

WASHINGTON, D.C.

ON WEDNESDAY

JANUARY 28, 2004

**BEFORE:**
SUSAN ROTH
Complaints Investigator
Department of Defense
Office of Complaint Investigations
Columbia Corporate Park I
8850 Stanford Boulevard, Suite 3200
Columbia, Maryland 21045-4753

910 17th Street, NW, Suite 200
Washington, DC 20006
info@betareporting.com
betareporting.com



p. 202.638.2400
f. 202.833.3030
1.800.522.BETA (2382)

2

1    APPEARANCES:

2      On behalf of Agency:

3          DALE S. BIRDOFF, ESQUIRE
           Associate Counsel
4          Office of Counsel
           Naval Sea Systems Command
5          1333 Isaac Hull Avenue, SE., Stop 1150
           Washington Navy Yard
6          Washington, D.C. 20376-1150
           (202) 781-3030

7

8

9                    C O N T E N T S

10   WITNESS:                              PAGE

11   Nadine Mills                            4

12   Michael Kent Davis                     50

13

14

15

16                    *   *   *   *   *

17

18

19

20

21

22

4

1   with me and raise your right hand.

2   Whereupon,

3                       NADINE MILLS

4   was called as a witness and, having been

5   first duly sworn, was examined and testified

6   as follows:

7           MS. ROTH:  Thank you.  Please be

8   seated.  Ms. Mills, is there anything else

9   that you would like to add to the case file?

10          THE WITNESS:  Nothing I can think

11  of offhand at this moment.

12          MS. ROTH:  You gave me a folder

13  this morning starting off with Summary of

14  EEO Complaint with several attachments.

15  Would you like that to be included in your

16  testimony as accurate and true?

17          THE WITNESS:  Yes, I would.

18          MS. ROTH:  Have you had an

19  opportunity to read the Privacy Act

20  statement?

21          THE WITNESS:  Yes, I have.

22          MS. ROTH:  Please note that the

1    May 2003.

2            MS. ROTH:  First you said it was

3    the letter you received?

4            THE WITNESS:  Yes, I received a

5    letter.  No, we had to compete for our

6    positions first, that's what happened, and

7    since I was not selected for the position

8    that's when I received the letter.

9            MS. ROTH:  What reason were you

10   given in terms of why your position was

11   going to be eliminated?

12           THE WITNESS:  I can't really

13   remember why they said the position was

14   going to be abolished.

15           Oh, I know what it was.  Due to

16   the reorganization where we had 16 personnel

17   and NAVSEA was taking a 25 percent cut in

18   personnel so overall the command they had to

19   restructure our division and at that time,

20   we had 16 civilians and we had to lose four

21   employees and I was one of those four.

22           So I was told -- well, they set up

18

1    Director for the Property and Inventory

2    Division.

3         MS. ROTH:  And how many people

4    were in the Property and Inventory Division?

5         THE WITNESS:  When I first came in

6    October of '99 there were like nine of us,

7    including myself.  I think now it's -- I

8    think there were six left remaining, five or

9    six.

10        MS. ROTH:  And can you just

11   describe briefly what you were doing in the

12   Property and Inventory Division, what your

13   duties involved?

14        THE WITNESS:  Besides property we

15   had several other administrative duties but

16   for the property issue we were responsible

17   for the -- we were the technical experts of

18   the property.  According to regulation every

19   three years you're supposed to do a Florida

20   (?) book inventory of all the equipment.  We

21   kind of narrowed down equipment over the

22   years.  We used to inventory chairs, desks,

19

1    computers, other pilferable items, PDAs,

2    laptops. We're responsible for Headquarters

3    and the other field activities, which we had

4    about 38 field activities, that we were

5    supposed to have the guidance to instruct

6    the other field activities on all types of

7    property issues and government disposal of

8    property.

9           We also have a 10,000 square foot

10   warehouse at the GSA complex in Springfield,

11   Virginia, that we store a lot of property

12   and equipment in. Jim Heppler, one of the

13   guys that worked under me, he was

14   responsible for the copier program

15   throughout the whole command in which we had

16   about 300 copiers and about 5,000 employees.

17   He was responsible for procurement, warranty

18   maintenance, and all those kinds of issues,

19   which some of those functions that have to

20   do with the copier they kind of reorganized,

21   too, and gave some of the duties to the OOI

22   folks, our computer folks.

20

1          So some of the duties that we once

2     had other than property in my division was

3     copier program.  We had transportation

4     issues.  We had the executive motor pool for

5     the admirals and we did other special buses.

6     We have classified disposal, which is the

7     burn bag room.  We handled that with the

8     Pentagon security.

9          MS. ROTH:  What happened to those

10    areas, the motor pool and transportation?

11         THE WITNESS:  They were given to

12    the other divisions either divided up among

13    other employees in my division under Mary

14    Lou or even the Facilities Division.

15         We had -- one of the documents

16    that I gave you lists all the different

17    duties that we had.  We had quite a few

18    other areas that we dealt with, too.

19         MS. ROTH:  And what are your

20    primary duties now ever since you've been

21    moved into the NPP?

22         THE WITNESS:  Well, now I'm just

21

1    given day to day routine of different things

2    or asked to do different things or to fill

3    in for someone not in that day.  I've been

4    working on the Navy-Marine Corps Internet.

5    I was the business information manager for

6    our code for that, for setting that up.  We

7    have been going through a yearlong process

8    of getting that implemented, so it just

9    started the beginning of last month that

10   they started phasing in the computers and

11   different things.  So I've been basically

12   working on that and then another issue came

13   up with the shipping and receiving.  That

14   was another area that was under me and I

15   supervised the labor support.

16           We have contract laborers.  We had

17   ten of them.  They report to my division for

18   guidance on their daily work schedule, their

19   timekeeping, and we distribute the work

20   among them and on the loading dock and so

21   I've been kind of helping on the loading

22   dock since we lost personnel there, too.  So

22

1    I've been doing the incoming shipments, the

2    outgoing shipments, and like distribution of

3    packages, that kind of thing.

4              MS. ROTH:  And in terms of your

5    position being eliminated has your pay or

6    benefits or duty station or anything like

7    that changed so far?

8              THE WITNESS:  No.

9              MS. ROTH:  And your supervisor has

10   or hasn't changed?

11             THE WITNESS:  My supervisor really

12   hasn't changed.  It's just on paper that

13   because I'm under the NPP that I'm under

14   Gary Humes but Mary Lou is still my

15   immediate supervisor.

16             MS. ROTH:  So is she the one

17   giving you your assignments currently?

18             THE WITNESS:  Right.

19             MS. ROTH:  Why do you believe that

20   your position was eliminated based on your

21   race?

22             THE WITNESS:  Because like in my

24

1          MS. ROTH:  Anything else in terms

2    of why you believe your position was

3    eliminated based on your race?

4          THE WITNESS:  I think it has to do

5    with the complaint that I filed because --

6          MS. ROTH:  Your previous EEO

7    complaint?

8          THE WITNESS:  Yes, right.

9          MS. ROTH:  Can you explain why?

10         THE WITNESS:  Because of the -- I

11   think because I filed a complaint and

12   complained about the grade structure of

13   being unequal among our divisions, the

14   employees, and nothing was ever done and I

15   think that's why I received the letter and

16   was taken out of the division head position,

17   the difference of the grade structures and

18   the differences between the divisions.

19         MS. ROTH:  And so is there

20   anything that happened specifically or that

21   anybody said to you, any of your

22   supervisors, that leads you to believe that

25

1    reprisal was the reason why your position

2    was eliminated?

3            THE WITNESS:  No, in my opinion I

4    think they just thought of excuses to

5    reorganize.  We had to go through -- they

6    called in an outside company called DBA -- I

7    can't think of their real name -- to do like

8    an efficiency review of all the offices.  So

9    we were having to fill out daily forms of

10   what we did daily and they felt that we

11   could use the cuts, I guess, in certain

12   areas but they never really came out and

13   said they didn't need the property because

14   the Property Division -- well, the property

15   function is still going to go on.  It was

16   kind of like reassigned to Jean Brown, which

17   was one of the other employees under me.

18           MS. ROTH:  What grade is that

19   person?

20           THE WITNESS:  She's an 11.  And I

21   just believe after -- from the position as

22   the GS-12 and being the only 12 left that

26

1    someone else that's eligible at the GS-11

2    office will become a GS-12, you know.

3            I can't believe that you would

4    just abolish only one GS-12 if that's what

5    you say you reorganized.  If we had to

6    reorganize and if you had to set up a

7    certain amount of billets there are no other

8    GS-12s if I have a letter.

9            MS. ROTH:  Why do you think your

10    gender was the reason that your position was

11    eliminated?

12            THE WITNESS:  That one I really

13    don't know as far as for gender because we

14    do have a lot of females and we do have a

15    lot of African-Americans.

16            MS. ROTH:  Well, you listed gender

17    as a basis on there?

18            THE WITNESS:  Yes.

19            MS. ROTH:  Do you want to keep

20    that?

21            THE WITNESS:  You can take that

22    one out.

27

1          MS. ROTH: So you're withdrawing

2     the basis of gender on that claim?

3          THE WITNESS: Yes.

4          MS. ROTH: What about age, why do

5     you think they eliminated your position

6     because of your age?

7          THE WITNESS: Well, I guess they

8     assumed that I would take the early out, the

9     buyout, since they have offered in the last

10    two years trying to cut down because the

11    final cuts have to be made by the end of the

12    fiscal year, FY '04. So they started early

13    two years ago and I would be penalized if I

14    went so I told them no, I really couldn't

15    afford to go. I would love to go but I

16    really can't and I don't really want to be

17    penalized, but I guess they thought I would

18    take the early out.

19         MS. ROTH: And do you know who

20    actually made the decision to eliminate your

21    position?

22         THE WITNESS: No, I don't really

28

1    actually know but in one of the e-mails I

2    have Mike sent out an e-mail saying Mary Lou

3    Rakosky would be the selecting official for

4    the positions under her and the special

5    projects.

6         MS. ROTH:  But in terms of looking

7    at the various functions and deciding which

8    functions weren't going to be kept by a

9    GS-12 any more and deciding that they

10   weren't going to keep your position as a 12

11   with those functions do you know who made

12   that decision?

13        THE WITNESS:  No, I don't.  I

14   don't know definitely but this was

15   Ms. Rakosky's division and she was the

16   selecting official.  I assume it would be

17   her.

18        MS. ROTH:  And when your position

19   was eliminated I think you said there were

20   three other positions that were going to be

21   eliminated?

22        THE WITNESS:  Right, it was a

29

1    total of four of us.

2          MS. ROTH:  Who were those other

3    people that had their jobs eliminated?

4          THE WITNESS:  Michael Moore, he

5    was my materials handler for shipping and

6    receiving.  He was a wage-grade employee.

7          MS. ROTH:  What's his race?

8          THE WITNESS:  African-American.

9          MS. ROTH:  And do you know his

10   age?

11         THE WITNESS:  Maybe about 30.

12         MS. ROTH:  And who else?

13         THE WITNESS:  Stephanie Wood.

14         MS. ROTH:  That's a female?

15         THE WITNESS:  Yes.

16         MS. ROTH:  What's her race and

17   age?

18         THE WITNESS:  She's an African-

19   American.  I don't know exactly how old.

20   She may be in her late thirties or so.  I

21   don't know how old she is.

22         MS. ROTH:  And who was the other

30

1    person?

2              THE WITNESS:  Joseph Anderson.

3              MS. ROTH:  And that's a male?

4              THE WITNESS:  Yes, he was a white

5    male.  He was an engineer that we had and he

6    was working on the facilities side.

7              MS. ROTH:  And do you know his

8    age?

9              THE WITNESS:  He told me his age

10   once.  Now, he's about 60 or so.  Him and

11   Stephanie were relocated to another code

12   within NAVSEA.  Michael Moore and I were the

13   only two that remained in C-102.

14             MS. ROTH:  So Stephanie Wood and

15   Joe Anderson were not put in the NPP?

16             THE WITNESS:  They were.

17             MS. ROTH:  Oh, they were?

18             THE WITNESS:  But they were given

19   other jobs and moved to another office.

20             MS. ROTH:  So since they've been

21   put in the NPP they've found other jobs?

22             THE WITNESS:  Well, they aren't in

31

1    permanent jobs but they kind of moved them

2    to another code.

3            MS. ROTH:  So are they in other

4    jobs or have they been placed?

5            THE WITNESS:  No, not permanently.

6    They are still under the NPP.

7            MS. ROTH:  And then what about

8    Michael Moore?

9            THE WITNESS:  He's out now due to

10   some security issues and I've been doing his

11   job.  He's just out on admin leave right now

12   but him and I both were still doing the same

13   job.

14           MS. ROTH:  Do you know if any of

15   these other people had prior EEO complaints,

16   Mr. Moore, Ms. Wood, or Mr. Anderson?

17           THE WITNESS:  None that I know of.

18           MS. ROTH:  You talked about and

19   you've given some organizational charts.

20   You said that there were approximately 75

21   employees in the Facilities Management

22   Division when you started and then they've

50

1    eliminated and (b) she competed for a GS-12

2    'facilities specialist position under Job

3    Opportunity Announcement Number

4    CAPNWCOL-0301-293 but you was not selected.

5              Have you had an opportunity to

6    read the Privacy Act statement?

7              THE WITNESS:  Yes.

8              MS. ROTH:  Please remember that

9    the information provided here is not to be

10   considered confidential as it will be placed

11   in the case file and shown to interested

12   parties that have a need to know.  And I'll

13   now proceed with your testimony.

14   Whereupon,

15                    MICHAEL KENT DAVIS

16   was called as a witness and, having been

17   first duly sworn, was examined and testified

18   as follows:

19             MS. ROTH:  What is your full name

20   for the record?

21             THE WITNESS:  Michael Kent Davis.

22             MS. ROTH:  And what is your race?

51

1              THE WITNESS:  Caucasian.

2              MS. ROTH:  And your gender?

3              THE WITNESS:  Male.

4              MS. ROTH:  And your date of birth?

5              THE WITNESS:  February 25, 1946.

6              MS. ROTH:  And what is your

7    current title, series, grade and

8    organizational location?

9              THE WITNESS:  Title is Director,

10   Facilities Management Division, which is

11   C-102.  It's a GS-343-15.

12             MS. ROTH:  And how long have you

13   been in this position?

14             THE WITNESS:  Since June of 2001.

15             MS. ROTH:  And what is or was your

16   organizational relationship to Ms. Nadine

17   Mills during the time of the matters at

18   issue?

19             THE WITNESS:  During the time of

20   the matters at issue I probably was -- let's

21   see.  I would have been her second-level

22   supervisor.

52

1          MS. ROTH:   And when did you start

2     being her second-level supervisor?

3          THE WITNESS:   I was from the very

4     beginning.   I think at the time I assumed

5     the position of C-102 -- I mean, in June,

6     although then it had a different code -- I

7     was her second-line supervisor.

8          I'm sorry.   This is confusing.

9     One time I was her third-level supervisor.

10          MS. ROTH:   When was that?   Can you

11     just go through that?

12          THE WITNESS:   There was a period

13     where her first-line supervisor was an

14     individual named Jerry Gregg, who was a

15     GS-13 branch head.   The deputy was Mary Lou

16     Rakosky and then -- and she supervised Jerry

17     and then I supervised Mary Lou Rakosky.

18          MS. ROTH:   So you were in her

19     chain of command either as her second- or

20     third-level supervisor?

21          THE WITNESS:   Correct, the whole

22     time I've been in this job.

56

1    natural fit for her current experience

2    directly in the new organization.

3           MS. ROTH:  And whose decision was

4    it to actually eliminate her position or her

5    functions that she was doing before?

6           THE WITNESS:  That was ultimately

7    my decision.

8           MS. ROTH:  And can you describe

9    what went into that decision?

10          THE WITNESS:  Yes.  We had --

11   well, I had to downsize, which was not

12   something I particularly wanted to do, so we

13   had to do an assessment of every position

14   and what is required in FY '04 for the new

15   organization and her functions were

16   primarily doing NMCI, Navy-Marine Corps

17   Internet, planning.  She was doing inventory

18   management, property management, managing

19   the loading dock.

20          The inventory management work had

21   diminished considerably since NAVSEA moved

22   into the Washington Navy Yard.  It had moved

57

1    because -- it changed because of changes in

2    something called DFAS (?), I believe;

3    defense property -- I'm not exactly sure.

4    It's Defense Property Management System but

5    I'm not sure if that's the exact title of

6    it.

7         When we were in Crystal City you

8    were required to keep an inventory of every

9    piece of property in the entire command.

10   That included chairs, tables, pictures, coat

11   racks.  The coat rack behind you would have

12   been inventoried.  Her job at that point in

13   time was basically to maintain that

14   inventory.  We had this huge inventory

15   system with a dedicated computer.

16        When we came over here the rules

17   had changed and SEA-OOI had taken over

18   inventory of computers.  So my organization,

19   number one, didn't need to inventory any

20   computer assets, which were the

21   preponderance of the high-value assets of

22   the Naval Sea Systems Command, and, further,

58

1    we no longer inventoried all this stuff.

2         So we were left with an inventory

3    system that we practically inventoried

4    nothing so the work was diminishing.  Her

5    function in NMCI was part of the planning

6    for the transition of us from legacy systems

7    into the new Navy-Marine Corps and that was

8    going away because once NMCI came in that

9    was done and the loading dock work I didn't

10   think warranted a specific billet as a

11   GS-12.

12        So when I thought about the

13   functions -- the functions of that position,

14   inventory management, NMCI work, NMCI was

15   going away, inventory management, which

16   remained, and loading dock, that that did

17   not warrant a GS-12 position.  Given the

18   fact that I had to go from 18 to 12 I didn't

19   see dedicating a position to that kind of

20   work.

21        MS. ROTH:  And you mentioned

22   SEA-OOI.  What does that stand for?

59

1                THE WITNESS:  Oh, I'm sorry.

2    That's NAVSEA's Chief Information Officer,

3    the computer people.  That's the code of our

4    information technology group.

5                MS. ROTH:  And then you said that

6    the inventory management work diminished

7    when you moved over here from Crystal City.

8    When was that, just approximately?

9                THE WITNESS:  It would have been

10   during -- from a period of the summer of

11   2000 to 2001.  I mean, I moved over here in

12   February of 2001 but I was not in this job.

13   So it was like a six- to twelve-month period

14   of NAVSEA moving over from Crystal City.

15               MS. ROTH:  So it was a few years

16   ago then that those duties started to

17   diminish?

18               THE WITNESS:  Right, correct.

19               MS. ROTH:  And you said that a

20   study was done in terms of the different

21   functions?

22               THE WITNESS:  Well, I had to -- I

60

1    was given a new number saying your

2    organization goes from 18 to 12.  I had to

3    sit down -- it was primarily Mary Lou

4    Rakosky and myself -- going over everyone's

5    position, everyone's work, and trying to

6    figure out how do we do the most important

7    effective work at the beginning of FY '04

8    with 12 people and what should the

9    organization look like, and that formal

10   study, you know, it was just a matter of

11   lots of meetings between Mary Lou and myself

12   trying to figure out how we're going to

13   manage what we have responsibility for with

14   a third less staff.

15            MS. ROTH:  And so were the two of

16   you in agreement on which positions or which

17   functions were going to be eliminated?

18            THE WITNESS:  Yes.

19            MS. ROTH:  And so in terms of what

20   was left of the position that Ms. Mills

21   occupied what happened to those duties?

22            THE WITNESS:  The inventory

61

1    management work and -- the inventory

2    management work moved to a GS-11 and the

3    loading dock was the responsibility of a

4    GS-7, and the NMCI work has essentially gone

5    away.

6            MS. ROTH:  Was there anyone else

7    besides you and Ms. Rakosky that were

8    involved in the decision of what positions

9    to eliminate?

10           THE WITNESS:  No, not directly.

11           MS. ROTH:  You said that everybody

12   had basically a new position or their job

13   was looked at?

14           THE WITNESS:  Right.

15           MS. ROTH:  How did the other

16   people end up back in their jobs, those that

17   did?

18           THE WITNESS:  Through multiple

19   means.  I was management reassigned into my

20   position.  Mary Lou Rakosky was management

21   reassigned into her position.  That decision

22   was made by C-10, Bonnie Flynn.

65

1    job, a permanent position.

2            MS. ROTH:  And is there any time

3    frame or anything like that that's being

4    looked at?

5            THE WITNESS:  I believe NAVSEA has

6    to put them in a permanent position by the

7    end of FY '04 or certainly that's the goal.

8            MS. ROTH:  And so to your

9    knowledge, I asked you before, were there

10   any conditions of her employment that have

11   changed?

12           THE WITNESS:  No, not other than

13   what we've just talked about.

14           MS. ROTH:  And who else's position

15   was eliminated around the same time besides

16   her?

17           THE WITNESS:  Well, let's go back.

18   Everyone's was.

19           MS. ROTH:  Who else's functions

20   were changed?

21           THE WITNESS:  There were specific

22   -- changed would have been Mr. Joe Anderson,

66

1    who was a GS-13 engineer.  I gave up the

2    engineering position as being unsupported in

3    the new organization.

4         A GS-11 budget analyst, I gave

5    that up as a position that would exist in my

6    new organization.

7         MS. ROTH:  I'm sorry.  Who was in

8    that position?

9         THE WITNESS:  Stephanie Wood.

10        MS. ROTH:  And the next person?

11        THE WITNESS:  Would have been a

12   wage-grade position, actually someone who

13   managed my loading dock.  I gave that

14   position up.  That incumbent there was named

15   Michael Moore, and then the GS-12 job for

16   inventory management essentially I gave that

17   position up.

18        MS. ROTH:  And what --

19        THE WITNESS:  Now, those are four.

20   Now, there were two positions that I gave up

21   because the incumbents retired and one of

22   them was a supervisory GS-13 and the other

75

1    allowed -- we could not entertain any GS-12

2    applying for a 13, any GS-11 applying for a

3    12.

4         So when we saw Lynn Paige's name,

5    my first reaction was well, they've made a

6    mistake.  So we checked with the HRC region

7    in -- I believe they were in Seattle and

8    they said no, it's not a mistake.  In fact

9    because Lynn Paige had been a GS-13 in a

10   prior job and it qualified at the

11   competitive level she in fact could compete

12   for a GS-13 position.  So I then had at

13   least four applicants for the 13 position,

14   two applicants for the 12, Lynn Paige being

15   on both certs.

16        At that point in time I thought

17   okay, we'll go through the process of

18   interviewing, so we interviewed four

19   applicants for the GS-13 position.  I

20   interviewed Sam Height, Lynn Paige, Joe

21   Anderson, who had applied for the 343 GS-13

22   position, and Earl Bradford.

76

1          We had an interview panel and the

2     interview panel came back with ranking the

3     people and ranked at the top or depending on

4     how you want to interpret it, maybe the

5     second, was Lynn Paige.  She aced the

6     interview from the view of everyone that was

7     in the room and I thought well, in my mind

8     she had been performing at the GS-13 level

9     all along.  In my mind I would have loved to

10    have promoted her to a 13 prior -- at any

11    point in time prior to this process and I

12    thought okay, now maybe I have a opportunity

13    to right a wrong.

14          So I went to Bonnie Flynn, who's

15    my boss, and I said, Bonnie, I've got an

16    issue.  My issue is I'm supposed to select

17    two people off this 13 cert.  I want to

18    select three people off the cert because I

19    want to select Lynn Paige as a 13, and I

20    gave her an argument as to why I thought

21    Lynn Paige deserved to be selected as a 13

22    and Bonnie accepted my argument.

77

1          Now, that meant that I had to give

2     up something because my numbers were not

3     going to change.  So I gave up selecting off

4     the GS-12 cert.  So I never made -- a

5     selection was never made off the GS-12 cert

6     and so Mary Lou -- there's all this

7     paperwork.  I don't officially know what

8     happens to it from a personnel point of view

9     but the job was never filled and instead I

10    selected three people off the GS-13 cert.

11          MS. ROTH:  Let me just ask you a

12    few clarifying questions here just for

13    documentation purposes and just to clarify

14    it a little more.  The GS-13 certificate

15    that you had with Ms. Paige's name on it,

16    Ms. Mills' name was not on that?

17          THE WITNESS:  That is correct.

18          MS. ROTH:  And I notice that the

19    vacancy announcement was like what, a 5, 7,

20    9, 11, 12, 13, or something like that?  It

21    looked like more of a generic type of --

22          THE WITNESS:  Well, it was generic