**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| NADINE D. MILLS                                      ) | |
|                                                                 ) | |
|                              Plaintiff,               ) | |
|              v.                                            )     Case No: 06-0581 (PLF) | |
|                                                                 ) | |
| DONALD WINTER                                   ) | |
| Secretary of the Navy                            ) | |
|                                                                 ) | |
|                              Defendant.             ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Summary Judgment, the

grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of

_____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Plaintiff's complaint shall be dismissed with prejudice.


_____
UNITED STATES DISTRICT JUDGE