UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NADINE D. MILLS, )
    Plaintiff, )
)
v. )
) Civil Action No. 06-00581 PLF
DONALD WINTER, SECRETARY )
DEPT. OF THE NAVY, )
    Defendant )

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

I, Nadine D. Mills, request the Court to allow me 60 days to file an Opposition to Summary Judgment in response to the Agencies motion. Due to unforeseen circumstances it seems that Mr. Charles Wagner decided not to accept my case. Request additional time to consult with another attorney. Plaintiff has spoken to the Special Assistant United States Attorney, Quan Luong, for the Defendant, requesting the extension.

Respectfully submitted,

*/s/ Nadine D. Mills*
Nadine D. Mills
5006 Woodford Lane
Upper Marlboro, Md 20772
(202) 781-2480
(301) 627-0949