UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADINE D. MILLS, )<br>)<br>　　　　Plaintiff, )<br>　　v. )<br>)<br>DONALD WINTER, )<br>Secretary of the Navy, )<br>)<br>　　　　Defendant. )<br>) | Case No: 06-0581 (PLF) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Special Assistant United States Attorney Quan K. Luong.

Dated: October 11, 2007　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　QUAN K. LUONG


　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　BLANCHE L. BRUCE
　　　　　　　　　　　　　　　　　　D.C. Bar No. 960245
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 307-6078