UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NADINE D. MILLS,                    )
                                    )
       Plaintiff,                   )
                                    )
v.                                  )   Civil Action No. 06-0581 (PLF)
                                    )
DONALD WINTER,                      )
       Secretary of the Navy,       )
                                    )
       Defendant.                   )
_____)


ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion to dismiss or, in the alternative, for summary judgment [17] is GRANTED; it is

FURTHER ORDERED that JUDGMENT is entered for the defendant on all counts of the complaint. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). Any other pending motions are denied as moot.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 31, 2008